**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JACKI PICK,

                    Plaintiff,

vs.

BRADFORD JAY RAFFENSPERGER,

                    Defendant.

CIVIL ACTION FILE

NO.   1:24-cv-01607-ELR

**J U D G M E N T**

    This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of defendant's motion to dismiss the amended complaint, and the court having granted said motion, it is

    **Ordered and Adjudged** that the action be, and the same hereby is, dismissed without prejudice.

Dated at Atlanta, Georgia, this 22nd day of November, 2024.

                                KEVIN P. WEIMER
                                CLERK OF COURT

                    By:   s/A. White
                           Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 22, 2024
Kevin P. Weimer
Clerk of Court

By:  s/A. White
        Deputy Clerk